# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                  NO. 2021 KW 1079

VERSUS

DEBRA GAIL BENNETT                                  **DECEMBER 20, 2021**

---

In Re:    Debra Gail Bennett, applying for supervisory writs,
          21st Judicial District Court, Parish of Livingston,
          Nos. 98-FELN-13879 & 13880.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

    **WRIT DENIED.**

                   **PMc**
                   **JEW**
                   **MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT